UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States Securities and
Exchange Commission,

      Plaintiff,

v.

Live Well Financial, Inc. et al.,

      Defendants.

Civil Action No. 1:19-cv-8086

**MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Robert K. Gordon hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New York and Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 29, 2019

Respectfully Submitted,

Robert K. Gordon
Applicant Signature: *[signature]*
Applicant's Name: Robert K. Gordon
Firm Name: U.S. Securities and Exchange Commission
Address: 950 East Paces Ferry, Suite 900
City/State/Zip: Atlanta, GA 30326
Telephone/Fax: 404-842-7652
Email: gordonr@sec.gov