UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

   - against -

MICHAEL HILD,
LIVE WELL FINANCIAL, INC.,

        Defendants,

------------------------------------x

ECF Case

No. 19 Civ. 8086 (AJN)

*NOV 2 6 2019*

      WHEREAS, on November 25, 2019, the Government submitted a motion seeking to intervene in this action and seeking a partial stay of further proceedings, in light of the pendency of the parallel criminal action *United States v. Michael Hild*, 19 Cr. 602 (RA) (the "Criminal Action"), in which an indictment has been returned; and

      WHEREAS, defendant Michael Hild consents to the partial stay sought by the Government; and

      WHEREAS, defendant Live Well Financial, Inc., acting by and through its duly appointed chapter 7 trustee, takes no position on the request for a partial stay in this action; and

      WHEREAS, the Securities and Exchange Commission (the "SEC") takes no position on the request for a partial stay; and

      WHEREAS, the Court finds that a partial stay of further proceedings in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

      **ORDERED** that the Government's motion to intervene is GRANTED.  It is further

**ORDERED** that discovery in this action is stayed in its entirety with the exception of party document discovery, which may proceed during the pendency of the Criminal Action, subject to the exceptions set forth herein. For avoidance of doubt, all depositions, interrogatories, and any other forms of discovery besides the parties' production of documents in response to civil subpoenas is hereby stayed;

It is further

**ORDERED** that party document discovery shall also be stayed with respect to the following categories of documents:

(a) Any production of transcripts of testimony and notes of or memoranda describing interviews with; written statements made or adopted in the course of an interview by; or correspondence concerning interviews of any person whom the Government designates to the SEC as individuals who may be called as a witness in the Criminal Action;

(b) Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i);

It is further

**ORDERED** that nothing contained in this Order shall in any way impair, impact, or limit the rights, power, and authority of the chapter 7 trustee of Live Well Financial, Inc., including without limitation in connection with the trustee's investigation or the serving or taking of discovery in any other action or proceeding.

It is further

**ORDERED** that defendant's obligation to answer or otherwise move in response to the complaint is hereby stayed. Upon lifting of the stay, defendant will have 60 days to answer or other move in response to plaintiff's complaint.

SO ORDERED:

_____       __11/26/19__
HONORABLE ALISON J. NATHAN       DATE
UNITED STATES DISTRICT JUDGE