UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission,

Plaintiff,

—v—

Live Well Financial, Inc., *et al.*,

Defendants.

19-cv-08086 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the stay granted in the Court's November 26, 2019 Order, Dkt. No. 28, the initial pretrial conference scheduled for January 17, 2020 is hereby adjourned *sine die*.

SO ORDERED.

Dated: November 27, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1