UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>  v.<br><br>LIVE WELL FINANCIAL, INC.<br><br>         Defendant. | Case No. 1:19-cv-8086-JPC |

### NOTICE OF DISMISSAL AS TO DEFENDANT LIVE WELL FINANCIAL, INC. PURSUANT TO FRCP 41(a)(1)(A)(i)

Plaintiff Securities and Exchange Commission hereby dismisses its action against Defendant Live Well Financial, Inc. with prejudice pursuant to FRCP 41(a)(1)(A)(i).

Dated: September 15, 2023   Respectfully submitted,

               /s/ Robert K. Gordon
              Robert K. Gordon, Esq.
              U.S. Securities and Exchange Commission
              950 East Paces Ferry Road
              Suite 900
              Atlanta, GA 30326
              gordonr@sec.gov

              *Counsel to Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF notification service, which sent notification of such filing to all counsel of record September 15, 2023.

/s/ Robert K. Gordon
Robert K. Gordon

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case, although the Court will retain jurisdiction to enforce the judgments entered as well as to hear any motions the SEC may file seeking additional relief as to Defendants Darren Stumberger and Eric Rohr.

SO ORDERED.
September 19, 2023
New York, New York

JOHN P. CRONAN
United States District Judge