```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES SECURITIES AND EXCHANGE                                  :
COMMISSION,                                                            :
                                                                       :
                            Plaintiff,                                 :
                                                                       :
            -v-                                                        :     19 Civ. 8086 (JPC)
                                                                       :
LIVE WELL FINANCIAL, INC. et al.,                                      :          ORDER
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 24, 2025, the U.S. Securities and Exchange Commission filed a motion for judgment as to Defendants Eric Rohr and Darren Stumberger. Dkts. 58-63. By May 19, 2025, Rohr and Stumberger shall advise the Court if they object to the entry of the proposed judgments at Docket Numbers 62 and 63. The Court will construe the failure to file a letter by that date as a lack of objection to the proposed judgment.

SO ORDERED.

Dated: May 12, 2025
       New York, New York

                                              JOHN P. CRONAN
                                      United States District Judge